# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARTER, LEON KENNETH | § | Case No. 10-50547 |
| | § | |
| Debtor(s) | § | |

## AMENDED NOTICE OF FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn, 7th Floor
    Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

    10:30 a.m.
    on Tuesday, March 20, 2012
    in Courtroom 644, U.S. Courthouse
    219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth Gardner_____
                                                                           Clerk of Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CARTER, LEON KENNETH § Case No. 10-50547
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,523.43 |
| and approved disbursements of | $ | 9.58 |
| leaving a balance on hand of[1] | $ | 7,513.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,502.33 | $ 0.00 | $ 1,502.33 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,502.33 |
| Remaining Balance | | $ | 6,011.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,308.22  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 0.59 | $ 0.00 | $ 0.20 |
| 000002 | BADGER MUTUAL INS. CO. a/s/o PATRICK SPRAGGINS | $ 17,307.63 | $ 0.00 | $ 6,011.32 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,011.52 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-50547-PSH
Leon Kenneth Carter Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dramey     Page 1 of 2     Date Rcvd: Feb 21, 2012
                     Form ID: pdf006     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2012.

```
db         +Leon Kenneth Carter,    P O Box 438024,    Chicago, IL 60643-8024
18103685   +BADGER MUTUAL INS. CO. a/s/o PATRICK SPRAGGINS,    c/o MARKOFF KRASNY LLC,    29 N. Wacker Dr. #550,
             Chicago, IL 60606-2851
16411525   +City of Chicago,    Department of Buildings,    120 N. Racine Ave.,    Chicago, IL 60607-2010
16411528   +Codilis & Associates,,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
17785456    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16411524  +++JP Chase Morgan Bank,    PO Box 201347,    Arlington, TX 76006-1347
16411527    Litton Loan,    PO Box 4387,    Houston TX 77210-4387
16411526   +Litton Loan Servicing, LP,    Po Box 829009,    Dallas, TX 75382-9009
16411529   +Markoff & Krasey,    29 N. Wacker 550,    Chicago, IL 60606-2851
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: dramey              Page 2 of 2            Date Rcvd: Feb 21, 2012
                               Form ID: pdf006           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2012 at the address(es) listed below:

```
          Joseph A Baldi    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Trustee Joseph Baldi jabaldi@ameritech.net,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph C. Michelotti    on behalf of Debtor Leon Carter joe@michelottilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long    on behalf of Creditor  Litton Loan Servicing, LP Courts@tmlong.com
                                                                                             TOTAL: 5
```