UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
CARTER, LEON KENNETH § Case No. 10-50547
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Morgan |  |  |  |  |  |
|  | Litton Loan |  |  |  |  |  |
|  | Litton Loan |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago | | | | | |
| 000002 | BADGER MUTUAL INS. CO. A/S/O PATRIC | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-50547 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | CARTER, LEON KENNETH | | | Date Filed (f) or Converted (c): | 11/11/10 (f) |
| | | | | 341(a) Meeting Date: | 01/13/11 |
| For Period Ending: | 04/24/12 | | | Claims Bar Date: | 11/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Tax Refunds (u) | 7,523.00 | 7,523.00 | | 7,523.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.43 | Unknown |
| 3. Vacant Lot 6636 Paulina, Chicago | 25,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 9/22/11 | | | | | |
| 4. 128 W. 104th Place, Chicago, IL | 25,000.00 | 0.00 | | 0.00 | FA |
| 5. 7955 S. Coles, Chicago, IL | 120,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted 12/9/10 | | | | | |
| 6. Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 7. Savings Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 10. GE Pension Plan | 31,000.00 | 0.00 | | 0.00 | FA |
| 11. Bonds and Scott Trade Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. 1997 Ford Taurus | 100.00 | 0.00 | | 0.00 | FA |
| 13. 2001 Cadillac DeVille | 2,400.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $215,123.00 | $7,523.00 | | $7,523.43 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered proceeds of tax refund; Trustee examined claims; TFR filed; Final hearing held; final distribution made

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-50547    PSH    Judge: Pamela S. Hollis | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | CARTER, LEON KENNETH | Date Filed (f) or Converted (c): 11/11/10 (f) |
| | | 341(a) Meeting Date: 01/13/11 |
| | | Claims Bar Date: 11/28/11 |

Initial Projected Date of Final Report (TFR): 01/31/12    Current Projected Date of Final Report (TFR): 01/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-50547 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CARTER, LEON KENNETH | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******7152  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5559 | | |
| For Period Ending: | 04/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/25/11 | 1 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Tax Refund | 7,523.00 | | | | | 7,523.00 |
| 06/30/11 | 2 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,523.06 |
| 07/29/11 | 2 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,523.12 |
| 08/31/11 | 2 | Bank of America, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,523.19 |
| 09/30/11 | 2 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,523.25 |
| 10/31/11 | 2 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,523.31 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -9.58 | | 7,513.73 |
| 11/30/11 | 2 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,513.79 |
| 12/29/11 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.06 | | | | 7,513.85 |
| 12/29/11 | | Transfer to Acct #*******2772 | Bank Funds Transfer | | | | | -7,513.85 | 0.00 |

| Account *******7152 | | Balance Forward | 0.00 | 0 | Checks | 0.00 |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 7,523.00 | 1 | Adjustments Out | 9.58 |
| | 7 | Interest Postings | 0.43 | 1 | Transfers Out | 7,513.85 |
| | | Subtotal | $ 7,523.43 | | | |
| | | | | | Total | $ 7,523.43 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 7,523.43 | | | |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-50547 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CARTER, LEON KENNETH | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2772 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5559 | | |
| For Period Ending: | 04/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7152 | Bank Funds Transfer | | | | | 7,513.85 | 7,513.85 |
| 03/21/12 | 001001 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee's Final Compensation<br>Per Court Order Dated March 20, 2012 | | | 1,502.33 | | | 6,011.52 |
| 03/21/12 | 001002 | United States Bankruptcy Court<br>219 S. Dearborn St.<br>Chicago, IL 60604 | Claim 000001, Payment 33.89831%<br>FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | | 0.20 | | | 6,011.32 |
| 03/21/12 | 001003 | BADGER MUTUAL INS. CO. a/s/o PATRICK SPRAGGINS<br>c/o MARKOFF KRASNY LLC<br>29 N. Wacker Dr. #550<br>Chicago, IL 60606 | Claim 000002, Payment 34.73220% | | | 6,011.32 | | | 0.00 |

| Account *******2772 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 3 | Checks | 7,513.85 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 7,513.85 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 7,513.85 | | | |
| | | Total | $ 7,513.85 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 16.06a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-50547 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | CARTER, LEON KENNETH | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2772  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5559 | | | |
| For Period Ending: | 04/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| | 1 Deposits | 7,523.00 | 3 Checks | 7,513.85 | |
| | 7 Interest Postings | 0.43 | 1 Adjustments Out | 9.58 | |
| | | | 1 Transfers Out | 7,513.85 | |
| | Subtotal | $ 7,523.43 | Total | $ 15,037.28 | |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 7,513.85 | | | |
| | Total | $ 15,037.28 | Net Total Balance | $ 0.00 | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 16.06a